**Thomas M. GAUBERT,**
**Plaintiff–Appellant,**

v.

**UNITED STATES of America,**
**Defendant–Appellee.**

No. 88–1923.

United States Court of Appeals,
Fifth Circuit.

May 21, 1991.

Abbe David Lowell, Elizabeth C. Brooks and Sean Connelly, Brand & Lowell, Washington, D.C., for plaintiff-appellant.

Jerome A. Madden, Trial Atty., Torts Branch, Civ. Div., U.S. Dept. of Justice, Washington, D.C., for defendant-appellee.

Before GARZA, Senior Circuit Judge and JONES, Circuit Judge: *

The Supreme Court of the United States on March 26, 1991, —— U.S. ——, 111 S.Ct. 1267, 113 L.Ed.2d 335, reversed the opinion of this court and remanded the case for further proceedings in accordance with their opinion.

It is therefore ordered and adjudged that the judgment of the court below is hereby affirmed in all respects.

---

* Judge Thomas Gibbs Gee was a member of the panel that decided this case, but has since re-signed from the court. This order is therefore being issued by a quorum of the panel.